**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4178-24

BRANCH VILLAGE
URBAN RENEWAL, LLC, d/b/a
BRANCHES AT CENTERVILLE,

     Plaintiff-Respondent,

v.

CIERRA JOHNS,

     Defendant-Appellant.

_____

Submitted May 14, 2026 – Decided May 26, 2026

Before Judges Bishop-Thompson and Puglisi.

On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. LT-003218-25.

South Jersey Legal Services, Inc., attorneys for appellant (Erica Witter, appearing pursuant to Rule 1:21-3(c), John P. Pendergast, and Kenneth M. Goldman, on the briefs).

Greenblatt, Lieberman, Richards & Weishoff, LLC, attorneys for respondent (Nicolas G. Rotsides, on the brief).

PER CURIAM

The court being advised by the parties that the issues in dispute have been amicably resolved, the appeal is dismissed with prejudice and without costs to either party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division

2

A-4178-24